```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   24cv4050(DLC)
LUXOR TECHNOLOGY CORPORATION,         :
                                      :        ORDER
                          Plaintiff,  :
            -v-                       :
                                      :
ORIGIN CAPITAL LLC, et al.,           :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On August 8, 2024, the Clerk of Court issued certificates of default as to defendants Mininghouse Ltd. Liability Co., Origin Capital LLC, and Xi Chen. It is hereby

ORDERED that the plaintiff shall file a motion for default judgment against the defendants by **September 20, 2024.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff serve this Order and the motion for default judgment on defendants by certified overnight mail and shall file proof of such service on ECF on or before **September 23, 2024.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **October 4, 2024** at **11:30 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference

scheduled for September 5, 2024 at 3:30 P.M. is cancelled.

Dated:   New York, New York
         August 28, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge