```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    24cv4050(DLC)
LUXOR TECHNOLOGY CORPORATION,            :
                                         :         ORDER
                         Plaintiff,      :
             -v-                         :
                                         :
ORIGIN CAPITAL LLC, et al.,              :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of August 28, 2024 directed the plaintiff to move by September 20 for a default judgment, and to serve by September 23 that motion and the Order of August 28 on the defendants. The Order of August 28 also scheduled a default judgment hearing for October 4. On September 18 and 25, the plaintiff filed affidavits of service on the defendants that did not indicate that the Order of August 28 had been served. It is hereby

ORDERED that the plaintiff shall file by **October 2, 2024** proof of service on the defendants of the Order of August 28.

IT IS FURTHER ORDERED that the plaintiff shall submit by **October 2, 2024** a letter stating its basis for belief that diversity of citizenship exists in this case. With respect to any defendant that is a limited liability company,

the letter shall state the name and citizenship of each of its members.

Dated: New York, New York
September 26, 2024

_____
DENISE COTE
United States District Judge