```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
LUXOR TECHNOLOGY CORPORATION,             :    24cv4050(DLC)
                                          :
                              Plaintiff,  :         ORDER
                 -v-                      :
                                          :
ORIGIN CAPITAL LLC, et al.,               :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

As set forth in the hearing on October 4, 2024, it is hereby

ORDERED that the defendants shall serve their response to the complaint by **October 25, 2024**. No extension shall be granted except for good cause shown.

IT IS FURTHER ORDERED that the plaintiff's motions for default judgment are denied without prejudice to renewal. If no answer is filed by October 25, 2024, the plaintiff shall renew its motions for default judgment.

IT IS FURTHER ORDERED that, if a response to the complaint is served by October 25, 2024, an initial pretrial conference shall be held on **November 15, 2024** at **3:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall refer to the Notice of June 12 for instructions regarding the pretrial conference.

IT IS FURTHER ORDERED that the plaintiff shall serve this

Order on defendants by certified overnight mail and shall file proof of such service on ECF on or before **October 9, 2024.**

Dated:    New York, New York
          October 4, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge