```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    24cv4050(DLC)
LUXOR TECHNOLOGY CORPORATION,         :
                                      :    ORDER
                        Plaintiff,    :
            -v-                       :
                                      :
ORIGIN CAPITAL LLC, et al.,           :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 10, 2024, the plaintiff moved for default judgment as to defendants Origin Capital LLC, Mininghouse Ltd. Liability Co., and Xi Chen. A default judgment hearing was held on October 4, where defendant Xi Chen ("Chen") appeared. Chen was ordered to respond to the complaint by October 25 and warned that default judgment would be entered against the defendants if he did not do so.

An Order of October 4, 2024 again directed the defendants to respond to the complaint by October 25. It denied the plaintiff's motions for default judgment without prejudice and ordered the plaintiff to renew its motions for default judgment if the defendants did not respond to the complaint by October 25. It also scheduled an initial pretrial conference for November 15 in the event that the defendants did respond to the complaint. No response to the complaint has been filed. Accordingly, it is hereby

ORDERED that the plaintiff shall renew its motions for default judgment by **November 8, 2024**. The plaintiff shall consult the default judgment procedure attached to the Court's Individual Rules of Practice in Civil Cases and include in its motion papers a calculation of prejudgment interest owed by the defendants. Any response to the motions is due **November 22**.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendants by certified overnight mail. The plaintiff shall file proof of such service and proof of its service of the Order of October 4 on ECF by **November 1, 2024**.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for November 15, 2024 is adjourned <u>sine die</u>.

Dated:   New York, New York
         October 29, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge

2