```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
LUXOR TECHNOLOGY CORPORATION,             :     24cv4050(DLC)
                                          :
                      Plaintiff,          :        ORDER
           -v-                            :
                                          :
ORIGIN CAPITAL LLC, et al.,               :
                                          :
                      Defendants.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 10, 2024, the plaintiff moved for default judgment as to defendants Origin Capital LLC, Mininghouse Ltd. Liability Co., and Xi Chen. A default judgment hearing was held on October 4, where defendant Xi Chen ("Chen") appeared. Chen was ordered to respond to the complaint by October 25 and warned that default judgment would be entered against the defendants if he did not do so. No response was filed. An Order of October 29 directed the plaintiff to renew its motions for default judgment by November 8, and it set a deadline of November 22 for responses to those motions.

On November 8, the plaintiff again moved for default judgment against all defendants. The plaintiff did not file proof of service of its motions. Also, its motion papers did not clearly state the date of default forming the basis of its prejudgment interest calculation. Accordingly, it is hereby

ORDERED that the plaintiff shall by **November 15, 2024**, file

on ECF proof of service of the November 8 motions on all defendants.

IT IS FURTHER ORDERED that the plaintiff shall by **November 20, 2024,** submit a letter explaining in further detail its proposed interest calculation, include the defendants' date of default and the plaintiff's basis for determining that date.

Dated:    New York, New York
         November 13, 2024

                                    _____
                                    DENISE COTE
                                    United States District Judge

2