UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUXOR TECHNOLOGY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ORIGIN CAPITAL LLC, MININGHOUSE LTD LIABILITY CO. AND XI CHEN<br><br>Defendants. | Civil Action No.: 1:24-cv-04050<br><br>**DEFAULT JUDGMENT**<br><br>Judge Denise L. Cote |

This action having commenced on May 28, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, Mininghouse LTD ("Defendant"), on June 21, 2024 by delivering a true copy personally to Defendant's managing agent, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant entered in the liquidated amount of $712,750.00 with pre-judgment interest at the prevailing federal interest rate per annum compounded annually, which is currently set at 5.33% interest for 285 days (between the date of default and today), amounting to $29,663.09, plus costs and post-judgment interest.

Dated: New York, New York

   December 3, 2024

 

_____
Honorable Denise L. Cote, U.S.D.J.